Alexander C. BAKER, Plaintiff–Appellee,

v.

Clair MARLO, Defendant–Appellant.

No. 16–56893

United States Court of Appeals, Ninth Circuit.

---

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.

Submitted September 26, 2017 *

FILED OCTOBER 5, 2017

Alexander C. Baker, Los Angeles, CA, pro se.

Michael Anthony Dinardo, Kelly, Lowry & Kelley, LLP, Woodland Hills, CA, for Defendant–Appellant.

Before: SILVERMAN, TALLMAN, and N.R. SMITH, Circuit Judges.

## MEMORANDUM **

Clair Marlo appeals from the district court's judgment in a copyright action. We have jurisdiction under 28 U.S.C. § 1291. We review for an abuse of discretion. *New-Gen, LLC v. Safe Cig, LLC*, 840 F.3d 606, 616 (9th Cir. 2016) (grant of motion to enter default judgment); *Brandt v. Am. Bankers Ins. Co. of Fla.*, 653 F.3d 1108, 1110 (9th Cir. 2011) (denial of motion to set aside entry of default and denial of motion to set aside default judgment). We affirm for the reasons stated in the district court's orders entered on August 8, 2016, September 23, 2016, and December 1, 2016.

Appellee's motion to take judicial notice (Docket Entry No. 10) is denied as unnecessary.

**AFFIRMED.**

Before: SILVERMAN, TALLMAN, and N.R. SMITH, Circuit Judges.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.

